**U.S. Department of Justice**
Energy and Natural Resources Division

***Appellate Section***
***P.O. Box 7415***
***Ben Franklin Station***
***Washington, DC 20044***

***Telephone (202) 532-3252***
***Facsimile (202) 353-1873***

***Via CM/ECF***

November 20, 2026

Clerk of Court
U.S. Court of Appeals for the Ninth Circuit
James R. Browning Courthouse
95 Seventh Street
San Francisco, CA 94103

Re: *Marion County, et al. v. U.S. Army Corps of Engineers, et al.*,
*City of Salem v. U.S. Army Corps of Engineers, et al.*,
Nos. 26-7415, 26-7451 (consolidated)
Pending Motions for Injunction Pending Review

To the Clerk of Court:

I am counsel of record for the federal Defendants-Appellees ("Army Corps") in these consolidated appeals. The Army Corps previously informed the parties and the Court by email that the drawdown operation at issue would not begin before Saturday, November 21, at 9:00 am. In their Rule 27-3 Certificate, Plaintiffs-Appellants accordingly informed the Court that the Army Corps planned to begin the drawdown at that time. *See* ECF No. 8 at 4.

I write to provide an update on the drawdown's timing. Based on an assessment of current conditions and the weather forecast, the Army Corps has determined that the drawdown operation will not begin before Friday, November 27, at 9:00am.

The Army Corps will keep the Court and the parties apprised of any further developments regarding the drawdown's timing.

Sincerely,

*/s Brad Leneis*

Brad Leneis
Energy and Natural Resources Division
U.S. Department of Justice
999 18th St., N. Terrace, Suite 600
Denver, CO 80202
(202) 532-3252
brad.leneis@usdoj.gov

Counsel for the Federal Defendants

cc: All counsel (via CM/ECF)